SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------x
JOHN WILEY & SONS, INC.,                   :
                                           :     Index No.: 09/603709
              Plaintiff,                   :
                                           :     **AFFIDAVIT OF**
       -against-                           :     **DR. LILLIAN GLASS**
                                           :
DR. LILLIAN GLASS,                         :
                                           :
              Defendant.                   :
-----------------------------------------------------------x

*NYS SUPREME COURT RECEIVED JAN 26 2010 IAS MOTION SUPPORT OFFICE*

DR. LILLIAN GLASS, being first duly sworn, hereby deposes and says:

1. I am the Defendant in this matter. I make this Affidavit in Support of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction. I make this Affidavit of my own knowledge, and, if called upon, could and would testify competently hereto. All statements are made based upon personal knowledge, except where stated to be on information and belief.

2. I am a resident of Los Angeles, California. I am primarily employed as a communication and body language expert and media personality.

3. I have never signed a settlement agreement or release regarding any claims I may have against John Wiley & Sons, Inc. for copyright infringement. I did not travel to New York City in connection with any dispute alleged in the Complaint in this action. I visited Plaintiff in its offices in Hoboken, New Jersey when I had to discuss business with them in person.

4. I do not regularly transact business in New York. I appear on television frequently, but the great majority of those appearances are filmed and taped in Los Angeles County, California. I do not regularly travel to New York for my business.

1

5.  I have never been personally served with the complaint in this case. A copy of the complaint was taped to my mother's door on or about January 15, 2010.

Dated: January ___, 2010  By: _____
Los Angeles, California          Dr. Lillian Glass

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

Please see attached
CA Notarial Certificate
for Notarization.

Subscribed and sworn to before me a Notary Public in the State of California on this ___ day of January, 2010.

[Seal]

Please see attached
CA Notarial Certificate
for Notarization.

My commission expires:

# JURAT

State of California

County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me, Muthiah Nachiappan, Notary Public on this _22nd_ day of _January_, 201_0_, by _Lillian Glass_,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(seal) [MUTHIAH NACHIAPPAN, COMM. # 1827742, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, MY COMM. EXP. JAN. 9, 2013]

Signature _[signature]_

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

Description of Attached Document
Title or Type of Document: _Affidavit of Dr. Lillian Glass_
Document Date: _1/22/10_    Number of Pages: _2_
Signer(s) Other Than Named Above: _None_

Capacity(ies) Claimed by Signer
Signer's Name: _Lillian Glass_
[X] Individual
[ ] Corporate Officer – Title(s): _____
[ ] Partner – Limited General
[ ] Attorney in Fact
[ ] Trustee
[ ] Guardian or Conservator
[ ] Other: _____

Signer Is Representing: _Self_

RIGHT THUMBPRINT OF SIGNER